# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNE ROSS<br><br>PLAINTIFF(S)<br><br>v.<br><br>BEAUTY SUPPLY INSTITUTE , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20–cv–10589<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____     _____     _____

Date Filed     Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: November 23, 2020     By: /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                                   Deputy Clerk